## HORTON AND REEL *v.* PEACOCK.

PROCEEDINGS IN ERROR—PRACTICE.—In commencing proceedings in error the provisions of the statutes must be strictly complied with. Thus, where the statutes require absolutely that a bond or undertaking for suits, etc., be given by plaintiff in error, and he fails so to do, his proceedings will, on motion, be dismissed.

ERROR to Laramie County, First Judicial District Court.

Judgment was entered in the district court in favor of Amos Peacock, then plaintiff, now defendant in error, against Horton and Reel, now plaintiffs in error, and then defendants. In their proceedings in error, the said plaintiff failed to execute and file the bond required by statute, whereupon the attorneys for the defendant in error moved to dismiss the proceedings in error, and to affirm the judgment of the district court for the reason stated.

*Thomas J. Street*, for plaintiff in error.

*D. McLaughlin, W. R. Steele & E. P. Johnson*, for defendants in error.

Motion granted.